```
 1  TIMOTHY COURCHAINE
    United States Attorney
 2  District of Arizona
    KELLY CAVANAUGH
 3  Assistant U.S. Attorney
    United States Courthouse
 4  405 W. Congress Street, Suite 4800
    Tucson, Arizona 85701
 5  Telephone: 520-620-7300
    Email: kelly.cavanaugh@usdoj.gov
 6  Attorneys for Plaintiff
```

FILED
2025 MAR 26 PM 1: 16
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR25-01627 TUC-AMM(JR) |
| Plaintiff, | **I N D I C T M E N T** |
| vs. | Violations: |
| Stephanie Matas | 21 U.S.C. § 846 |
| Defendant. | (Conspiracy to Distribute Methamphetamine and Fentanyl) Count 1 |
| | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi) (Distribution of Fentanyl) Counts 2, 4, 6, 8, 9, 11 |
| | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) (Distribution of Methamphetamine) Count 3, 5, 7, 10 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

Beginning at or about July 28, 2023, to on or about February 29, 2024, in the District of Arizona, STEPHANIE MATAS did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to distribute 50

grams or more of methamphetamine, and 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), both Schedule II controlled substances; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(vi) and (viii).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about July 28, 2023, in the District of Arizona, STEPHANIE MATAS did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(vi).

## COUNT 3

On or about August 11, 2023, in the District of Arizona, STEPHANIE MATAS did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substances in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT 4

On or about August 11, 2023, in the District of Arizona, STEPHANIE MATAS did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(vi).

## COUNT 5

On or about September 6, 2023, in the District of Arizona, STEPHANIE MATAS did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

**COUNT 6**

On or about September 6, 2023, in the District of Arizona, STEPHANIE MATAS did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(vi).

**COUNT 7**

On or about October 4, 2023, in the District of Arizona, STEPHANIE MATAS did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

**COUNT 8**

On or about October 4, 2023, in the District of Arizona, STEPHANIE MATAS did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(vi).

**COUNT 9**

On or about January 26, 2024, in the District of Arizona, STEPHANIE MATAS did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(vi).

**COUNT 10**

On or about February 29, 2024, in the District of Arizona, STEPHANIE MATAS did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

**COUNT 11**

On or about February 29, 2024, in the District of Arizona, STEPHANIE MATAS did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(vi).

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Date: March 26, 2025

REDACTED FOR PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/S/

KELLY CAVANAUGH
Assistant U.S. Attorney

*United States of America v. Stephanie Matas*
*Indictment Page 4 of 2*